IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HERBERT O. RICHARD,

    Plaintiff,

v.

DEPARTMENT OF HEALTH SERVICES, SANDRIDGE SECURE TREATMENT CENTER, KITTY RHOADES, LINDA SEEMEYER, DOUG BELLILE, DEBORAH MCCULLOUGH, KEITH NESS, DANIEL KATTENBRAKER, KRISTI RICK, KEN BRANDAU, RHONDA SCHROEDER, JON GOGGON, NICOLE DUCHROW, JANE DOE NURSES, and DOUG ZINKE,

    Defendants.

OPINION AND ORDER

No. 17-cv-720-wmc

Plaintiff Herbert O. Richard, a former civil detainee at Sand Ridge Secure Treatment Center ("Sand Ridge"), filed a proposed civil complaint against at least fourteen defendants, seeking to proceed on claims that they violated his constitutional and state law rights by failing to properly treat a heart condition, subsidize his medical products, prevent a broken leg, and treat his mental health needs by placing him in a different living unit at Sand Ridge. On February 18, 2020, the court issued an order dismissing Richard's complaint without prejudice for violating Federal Rules of Civil Procedure 8, 20 and 21, but giving him until March 10, 2010, to file an amended complaint that corrected the deficiencies the court identified. (Dkt. #17.) The court warned Richard that his failure to submit an amended complaint would cause the court to dismiss this case for failure to prosecute. That deadline has passed, but Richard has not filed a proposed amended

1

complaint or communicated with the court in any manner suggesting that he intends to do so. Accordingly, the court is now dismissing this case for plaintiff's failure to prosecute.

ORDER

IT IS ORDERED that:

1. This case is DISMISSED without prejudice for failure to prosecute.

2. The clerk of court is directed to close this case.

Entered this 27th day of March, 2020.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge